TENTATIVE RULING

ISSUED BY JUDGE LOUISE DeCARL ADLER

Debtor:     VERNONICA B HALL
Number:   12-00327-LA13

Hearing:    02:00 PM   Wednesday, November 19, 2014

Motion:    MOTION FOR APPROVAL OF MODIFIED PLAN

As reported by debtor's counsel, the "spat" has been resolved.   Debtor's Modified Plan as modified by the PCM is confirmed.

Appearance of counsel excused; submit order.   Guideline fee awarded.